HISCOCK&BARCLAY    Fax 716-856-0139    Nov 5 2010 11:08am P002/003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

KYLE MAXWELL,

        Plaintiff

  -against-

RELIN, GOLDSTEIN & CRANE, LLP
et al.,

        Defendant
------------------------------------------------------x

10 CIV 00395
(KAK)(GAY)



## STIPULATION IN REGARD TO ATTORNEYS FEES AND COSTS

IT IS HEREBY STIPULATED by and between the above-named parties that the Defendants shall pay a total of $28,000.00 (twenty eight thousand dollars) to the Plaintiff, said amount representing any and all attorneys fees and costs incurred in conjunction with the above-entitled action, including all attorneys fees and costs associated with the class settlement agreement negotiated between the parties and finally approved by this Court.

DATED: November 4, 2010

                                          ROBERT L. ARLEO, ESQ.
                                          (RA 7506)
                                          Attorney for Plaintiff
                                          164 Sunset Park Road
                                          Haines Falls, New York 12436
                                          Tel.: (518) 589-5264
                                          E-Mail: r.arleo@verizon.net

DATED: Buffalo, New York
November 5, 2010

HISCOCK & BARCLAY, LLP

By: _____
Dennis R. McCoy
(DM 4591)
Attorneys for Defendants Relin, Goldstein
& Crane, LLP and Joseph M. Shur
1100 M&T Center
3 Fountain Plaza
Buffalo, New York 14203-1414
Tel.: (716) 566-1560
E-Mail: dmccoy@hblaw.com

**IT IS SO ORDERED.**

This 5th day of November, 2010.

_____
HON. GEORGE A. YANTHIS
Magistrate Judge, United States District Court